UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA, ILLINOIS

| | |
|---|---|
| MARCIA L. WIKOFF, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Case No. 12-1334 |
| v. | ) |
| | ) |
| CITY OF BLOOMINGTON, ILLINOIS, | ) |
| a municipal corporation, | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFF'S PROPOSED VOIR DIRE**

NOW COMES Plaintiff, MARCIA L. WIKOFF, by her attorneys, COSTIGAN & WOLLRAB, P.C., and for her Proposed Voir Dire, suggests the following:

**Proposed Voir Dire Questions**

1. What is your current employment status?

2. If employed, what is your occupation and job duties?

3. Have you ever been employed by any government agency?

4. Have you or any member of your immediate family ever been employed in law enforcement?

5. Have any of you ever worked in a human resources department or been responsible for that aspect of a business? If yes, please explain.

6. Are any of you here currently responsible for hiring and firing employees at work?

7. Have any of you or someone close to you ever been laid off, terminated or otherwise lost a meaningful job in the last few years?

8. Have you or any of your family or close friends ever been subject to treatment on the job that you considered discriminatory? If yes, please explain.

9. Have you ever served on a jury? If so, was it civil or criminal? Did you serve as the jury foreperson on any jury?

10. If you have served on a jury was a verdict reached? In favor of Plaintiff/Prosecution? In favor of Defendant?

11. Have you or anyone close to you ever been self-employed or owned a business of any kind?

12. Have you or anyone close to you ever had a serious or legal dispute with a co-employee or employer? What was the nature of the dispute?

13. Have you ever filed a grievance or claim regarding any employment related issues?

14. Have you ever had any training (legal, human resources, etc.) as it pertains to non-discrimination in the workplace?

15. Have you or anyone you know ever worked for the City of Bloomington?

16. Do you have an opinion whether working for a municipality would be more favorable than working for private enterprise?

17. Have you ever had any training in Information Technology or a computer related field?

18. Have you ever been employed in emergency dispatch or as a telecommunicator?

19. Has any company for which you have worked ever been sued for a claim of age discrimination?

20. Have you or any member of your family ever been fired or let go as a result of a reduction in force or due to budgetary constraints?

21. Have you or any member of your immediate family ever been required by an employer to accept early retirement whether for economic reasons or other reasons?

22. Have you or anyone close to you voluntarily chosen to take an early retirement option offered by an employer?

23. In this case, Plaintiff says that at age 52 she was constructively discharged and forced to accept an Early Retirement Incentive because of her age. Do you feel that because of the nature of Plaintiff's claim or for any other reason, you would have difficulty rendering a fair and impartial verdict in the case?

24. Would anyone have difficulty rendering a verdict for Plaintiff because Plaintiff had to exercise her right to receive any early retirement incentive benefit in this case?

25. Do you believe it is right for a company to try to replace older workers with younger workers?

26. Do you believe that older employees should make way for younger employees?

27. Is anyone considering retirement?

28. Does anyone believe that an employer should be able to terminate someone for whatever reason they want?

29. Does it cause you any problem to render a verdict in favor of someone who filed a claim for age discrimination?

30. Just because a witness is a law enforcement officer, would you give their testimony more weight than a private citizen?

31.    Does anyone believe that an employee is required to first make an internal grievance to her employer complaining about discrimination?

Respectfully Submitted,

BY: Carrie L. Haas
Carrie L. Haas
Bar Number 6281053
Attorney for Plaintiff
Costigan & Wollrab, P.C.
308 E. Washington Street
Bloomington, Illinois 61701
(309) 828-4310 phone
(309) 828-4325 fax
chaas@cwlawoffice.com

CERTIFICATE OF SERVICE

  The undersigned certifies that on the 7th day of December 2014, she electronically filed this Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

*Attorneys for Defendant*

Peter R. Jennetten
Jennifer Morris
Quinn, Johnston, Henderson, Pretorius & Cerulo
227 NE Jefferson Ave
Peoria, IL 61602

              BY:  s/Carrie L. Haas
              Carrie L. Haas
              Bar Number 6281053
              Attorney for Plaintiff
              Costigan & Wollrab, P.C.
              308 E. Washington Street
              Bloomington, Illinois 61701
              (309) 828-4310 phone
              (309) 828-4325 fax
              chaas@cwlawoffice.com